AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
для the
District of Massachusetts

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. |
| Mateo Ventura | ) | 23-mj-4339 |
| | ) | |
| | ) | |
| | ) | |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __January-May 2023__ in the county of __Middlesex__ in the _____ District of __Massachusetts__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2339C | Concealing terrorist financing |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

*Paul Lagno /DHH/*
*Complainant's signature*

Special Agent Paul Lagno, FBI
*Printed name and title*

Sworn to before me ~~and signed in my presence.~~ By telephone in accordance with Fed. R. Crim. P. 4.1

Date: **Jun 7, 2023**

*Judge's signature*

City and state: Worcester, Massachusetts  Hon. David H. Hennessy, U.S. Magistrate Judge
*Printed name and title*