**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**          **Category No.**   II          **Investigating Agency**   FBI

**City**   Wakefield                    **Related Case Information:**

**County**   Middlesex                    Superseding Ind./ Inf. _____   Case No.   23-mi-4339
                                          Same Defendant _____   New Defendant _____
                                          Magistrate Judge Case Number
                                          Search Warrant Case Number   21-4288, -93, -95, -4360; 23-4165
                                          R 20/R 40 from District of _____

**Defendant Information:**

**Defendant Name**   Mateo Ventura          Juvenile:          ☐ Yes  ☑ No

                     Is this person an attorney and/or a member of any state/federal bar:          ☐ Yes  ☑ No

**Alias Name**

**Address**          (City & State)  8 Meadow View Road, Wakefield, Massachusetts

Birth date (Yr only): 2004   SSN (last4#): 4922   Sex M   Race: W          Nationality: USA

**Defense Counsel if known:** _____          Address _____

**Bar Number** _____

**U.S. Attorney Information:**

**AUSA**   Timothy H. Kistner          Bar Number if applicable   690534

**Interpreter:**   ☐ Yes  ☑ No          List language and/or dialect: _____

**Victims:**   ☐ Yes ☑ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2)   ☐ Yes  ☐ No

**Matter to be SEALED:**   ☑ Yes   ☐ No

          ☑ Warrant Requested          ☐ Regular Process          ☐ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at _____ ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:**   ☑ Complaint          ☐ Information          ☐ Indictment

**Total # of Counts:**   ☐ Petty _____   ☐ Misdemeanor _____   ☑ Felony   1 _____

Continue on Page 2 for Entry of U.S.C. Citations

☑   **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:   06/07/2023          Signature of AUSA:

JS 45  (5/97)  (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____ 23-mj-4339 _____

**Name of Defendant** _____ Mateo Ventura _____

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. 2339C | Concealing terrorist financing | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013