Fax - ▮

 **Report of Child(ren) Alleged to be Suffering from Abuse or Neglect**



Massachusetts law requires mandated reporters to immediately make a report to the Department of Children and Families (DCF) when they have reasonable cause to believe that a child under the age of 18 years is suffering from abuse and/or neglect by:

**STEP 1:** Immediately reporting by oral communication to the local DCF Area Office (see contact information at end of form); and

**STEP 2:** Completing and sending this written report to the local DCF Area Office within 48 hours of making the oral report.

For more information about requirements for mandated reporters and filing a report of alleged abuse and/or neglect please see **A Guide for Mandated Reporters** available on the DCF website at **www.mass.gov/dcf**.

Please complete all sections of this form. If some data is uncertain or unknown, please signify by placing a question mark ("?") after the entry.

### ❶ CHILDREN REPORTED

| Name | Current Location/Address | Language Spoken | Birth Sex | Age or Date of Birth | ICWA/Tribal Affiliation |
|---|---|---|---|---|---|
| Mateo Ventura | ▮ Wakefield, MA | English | (Male) Female | ▮ | |

**EMERGENCY CONTACT(S) FOR CHILDREN REPORTED:** Please list the emergency contact information for all of the reported children, including contact name, relationship, and contact number information.

Paul Ventura - Father - ▮

**OTHER CHILDREN:** Please include information about other children in the home/family, including name and age/date or birth (if known).

### ❶ PARENT, GUARDIAN OR CAREGIVER 1

| Name: | Paul | Ventura | |
|---|---|---|---|
| | First | Last | Middle |

| Address: | ▮ | Wakefield | MA | 01880 |
|---|---|---|---|---|
| | Street & Number | City / Town | State | Zip Code |

Phone #: ▮  Age/Date of Birth: ▮

Language Spoken: English   Relationship to Child(ren): Father

**❶ PARENT, GUARDIAN OR CARGIVER 2**

Name: _____
       First                           Last                    Middle

Address: _____
         Street & Number      City / Town      State      Zip Code

Phone #: _____  Age/Date of Birth: _____

Language Spoken: _____  Relationship to Child(ren): _____

---

**❶ REPORTER / REPORT**

Report Date: 2/2/2022                 ☒ Mandatory Report      ☐ Non Mandatory Report

Reporter's Name: ████████████████████████████
                 First              Last             Middle
(If the reporter represents an institution, school or facility, please indicate)

Reporter's Address: Massachusetts State Police
                    Street & Number    City / Town    State    Zip Code

Phone #: ████████████

Has reporter informed caregiver of report?   Yes  (No)

What is the reporter's relationship to the child(ren)?  None

What is the nature and extent of injury, abuse, maltreatment or neglect? Please list any prior evidence of same and/or other worries regarding danger to the child(ren). (Please cite the source of this information if not observed firsthand.)

Neglect - kid was located in Logan Airport Purchased flight. Father was unaware where the child was.

---

**❶ RELATED CONCERNS:** Please check all that apply.

- ☐ Substance Use/Misuse
- ☐ Acute/Chronic Medical Condition
- ☒ Runaway
- ☐ Substance Exposed Newborn
- ☐ Housing Instability/Homelessness
- ☐ Gang Involvement
- ☐ Neonatal Abstinence Syndrome
- ☐ Human Trafficking/Labor
- ☐ None Applies
- ☐ Domestic Violence
- ☐ Human Trafficking/Sexually Exploited Child
- ☐ Unknown
- ☐ Mental/Behavioral Health Challenges
- ☐ Teen Parenting
- ☒ Other  Neglect

DESCRIPTION OF RELATED CONCERNS: Please include additional information that will help DCF further understand the concerns checked above. This includes any specific concerns about alcohol/drug use by the parent/guardian/caregiver. If there are concerns related to domestic violence, please also list any information that will help DCF make safe contact with the family (e.g., work schedule, place of employment, daily routines for the adult victim, etc.).

_____
_____

If known, please provide the name(s) and address, phone #, DOB/age, relationship to child, and language spoken of the person(s) responsible for the injury, abuse, maltreatment or neglect and/or any other information that you think might be helpful in establishing the cause of the injury, abuse, maltreatment or neglect.

_____
_____

What are the circumstances under which the reporter became aware of the injury, abuse, maltreatment or neglect? Please include information on dates and timeframes for when the injury, abuse, maltreatment or neglect occurred.

Pedikit# (if applicable): Neglect / Runaway

Incident Date (if known): 2/1/2022

What action has been taken thus far to treat, shelter or otherwise assist the child(ren) to deal with the situation?
child was Reunited with father at home in Wakefield.

Are there any concerns for social worker safety?
NO

Please provide any information about the family's strengths and capacities that you think will be helpful to DCF in ensuring the child's safety and supporting the family to address the abuse and/or neglect concerns.

Signature of Reporter: ▮▮▮▮▮▮▮▮▮▮▮▮

To report child abuse and/or neglect: Weekdays from 9:00 am to 5:00 pm call the local DCF Area Office.
Weekdays after 5:00 pm and 24 hours on weekends and holidays call the
Child-At-Risk-Hotline 1-800-792-5200

**DCF AREA OFFICES**

| Boston Region | | Central Region | | Northern Region | |
|---|---|---|---|---|---|
| Dimock Street, Roxbury | 617-989-2800 | North Central, Leominster | 978-353-3600 | Cambridge/Somerville | 617-520-8700 |
| Harbor, Chelsea | 617-660-3400 | South Central, Whitinsville | 508-929-1000 | Cape Ann, Salem | 978-825-3800 |
| Hyde Park | 617-363-5000 | Worcester East | 508-793-8000 | Framingham | 508-424-0100 |
| Park Street, Dorchester | 617-822-4700 | Worcester West | 508-929-2000 | Haverhill | 978-469-8800 |
| | | | | Lawrence | 978-557-2500 |
| | | | | Lowell | 978-275-6800 |
| | | | | Lynn | 781-477-1600 |
| | | | | Malden | 781-388-7100 |

| Southern Region | | Western Region | |
|---|---|---|---|
| Arlington | 781-641-8500 | Greenfield | 413-775-5000 |
| Brockton | 508-894-3700 | Holyoke | 413-493-2600 |
| Cape Cod & Islands | 508-760-0200 | Pittsfield | 413-236-1800 |
| Coastal, Braintree | 781-794-4400 | Robert Van Wart Center, East Springfield | 413-205-0500 |
| Fall River | 508-235-9800 | | |
| Plymouth | 508-732-6200 | Springfield | 413-452-3200 |
| New Bedford | 508-910-1000 | | |
| Taunton/Attleboro | 508-821-7000 | | |

```
************* -COMM. JOURNAL- ******************** DATE FEB-02-2022 ***** TIME 10:58 ********

        MODE = MEMORY TRANSMISSION            START=FEB-02 10:53    END=FEB-02 10:58

        FILE NO.=519

   STN    COMM.      STATION NAME/EMAIL ADDRESS/TELEPHONE NO.    PAGES      DURATION
   NO.

   001    OK                                                     003/003    00:01:45


***** UF-8000 v2 ******************** -           - ***** -                  - *********
```

## Massachusetts Department of Children & Families
### Report of Child(ren) Alleged to be Suffering from Abuse or Neglect

Massachusetts law requires mandated reporters to immediately make a report to the Department of Children and Families (DCF) when they have reasonable cause to believe that a child under the age of 18 years is suffering from abuse and/or neglect by:

STEP 1: Immediately reporting by oral communication to the local DCF Area Office (see contact information at end of form); and

STEP 2: Completing and sending this written report to the local DCF Area Office within 48 hours of making the oral report.

For more information about requirements for mandated reporters and filing a report of alleged abuse and/or neglect please see A Guide for Mandated Reporters available on the DCF website at www.mass.gov/dcf.

Please complete all sections of this form. If some data is uncertain or unknown, please signify by placing a question mark ("?") after the entry.

**❻ CHILDREN REPORTED**

| Name | Current Location/Address | Language Spoken | Birth Sex | Age or Date of Birth | ICWA/Tribal Affiliation |
|---|---|---|---|---|---|
| Mateo Ventura | 8 meadow View Rd wakefield, ma | English | (Male) Female | | |

**EMERGENCY CONTACT(S) FOR CHILDREN REPORTED:** Please list the emergency contact information for all of the reported children, including contact name, relationship, and contact number information.

Paul Ventura - Father - ▓▓▓▓▓

**OTHER CHILDREN:** Please include information about other children in the home/family, including name and age/date or birth (if known).

**❽ PARENT, GUARDIAN OR CAREGIVER 1**

Name: Paul | Ventura |
       First | Last | Middle

Address: ▓▓▓▓▓ | wakefield | MA | 01880
         Street & Number | City / Town | State | Zip Code

Phone #:

Age/Date of Birth:

Language Spoken: English      Relationship to Child(ren): Father