

If you say anything
I will be toutured excuted
take this as a chance
for revenge they ignored
you're crys for help
also mine they work
for Jews and this
is my Revenge and
it can also be youres
I will forgive you for
everything if you stay
quiet you where right
about them targeting
me I know powerful
people and this
is my time for revenge
with the sword of guadiance
and truth
give me a week then
you can squeal that im gon
Then you tell them?



They caused all of this blood everywhere