AO 468 (Rev. 04/15) Waiver of a Preliminary Hearing

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| Mateo Ventura ) | Case No. 23-mj-4339 |
| ) | |
| *Defendant* ) | |

## WAIVER OF A PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5.1, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5.1 or Fed. R. Crim. P. 32.1.

Date: 06/14/2023

_Mateo Ventura_
Defendant's signature

_Cara McNamara_
Signature of defendant's attorney

Cara McNamara    712096 MA
                 0511088 AL
Printed name and bar number of defendant's attorney

Boston - Federal Defenders
Address of defendant's attorney

Cara_McNamara@fd.org
E-mail address of defendant's attorney

617.223.8061
Telephone number of defendant's attorney

XXX-XXX-XXX
FAX number of defendant's attorney