UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Case No. 23-4339-DHH |
| v. | ) | |
| | ) | |
| MATEO VENTURA | ) | |
| | ) | **FILED *EX PARTE* AND UNDER SEAL** |
| Defendant | ) | |

# GOVERNMENT'S EMERGENCY MOTION
# TO REVOKE CONDITIONS OF RELEASE

On June 7, 2023, Defendant Mateo Ventura ("Defendant") was charged with concealing the source of material support or resources with the intent that the material support or resources be provided to a foreign terrorist organization, in violation of 18 U.S.C. § 2339C(c). The charge is a felony that carries a ten-year statutory maximum sentence, and a presumption that "no condition or combination of conditions will reasonably assure the appearance of the person as required and the safety of the community." 18 U.S.C. § 3142(e)(3)(C).

The government subsequently moved for detention. *See* Dkt. Nos. 10, 13. On July 20, 2023, the Court released the Defendant on conditions, while also issuing a "warrant in abeyance" should the Defendant violate those conditions. These conditions included:

- That the Defendant "avoid all contact, directly or indirectly, with any person who is or may be a victim or witness in the investigation or prosecution including: any law enforcement officers, including not initiating contact with any law enforcement officers;" and
- That the Defendant "is not to have access to any internet capable device of any kind (even if they are not connected to the internet), except for a medical or attorney appointment but must have a family member or attorney present. All internet capable devices in the home must be password protected and they must all be removed from the home or locked up (where Defendant does not have access) when the father is not present in the home."

Dkt. No. 40.

The Defendant has violated both of these conditions, as described below. Because the Defendant refuses to abide by the Court's conditions of release, the government seeks revocation of the Defendant's conditions of release, issuance of an arrest warrant, and the Defendant's detention pursuant to 18 U.S.C. § 3148(b)[1].

## BASIS FOR REVOCATION

As described in the Complaint Affidavit, the Defendant communicated for years with an FBI agent acting in an undercover capacity ("OCE") about providing support to ISIS in the form of a monetary instrument, and his desire to travel abroad to join and fight with ISIS. Dkt. No. 3 (the "Affidavit"), ¶ 10. These communications continued from 2021 through at least April 2023. *See generally* Affidavit.

On or about August 22, 2023, an individual utilizing the screenname "AutismInducedJihad"[2] sent a series of communications to two different OCE accounts with which the Defendant had previously communicated.[3] To the best of the government's knowledge, no persons outside of the U.S. government were aware of the identity or law-enforcement affiliation[4] of the two OCE accounts *except* the Defendant (notably, prior to

---

[1] 18 U.S.C. § 3148(b) states that a Judge "shall enter an order of revocation and detention" upon a showing by "clear and convincing evidence that the person has violated any… condition of release" (other than committing a crime), and either (1) "the person is unlikely to abide by any condition or combination of conditions of release" or (2) "there is no condition or combination of conditions of release that will assure that the person will not flee or pose a danger to the safety of any other person or the community"

[2] On June 26, 2023, when the Defendant contacted the FBI from his in-patient mental health treatment, he stated "I have some problems adhd FASD autism I just need to get help and this is not helping me".

[3] All of the communications described herein could only have been made via the internet.

[4] Subsequent to his arrest, the Defendant has known that the accounts he was communicating with were, in fact, law enforcement, because the Affidavit describes that the Defendant was communicating with an undercover FBI agent.

approximately August 22, 2023, no persons had communicated with either since the Defendant's arrest). As a result, <u>only</u> the Defendant understood how to contact either one.

The government became aware of the communications on August 24, 2023. Those communications included numerous videos, images, and "stickers,"[5] including a "sticker" of a man pointing a pistol at the screen, two containing the captions "TOTAL AMERIMUTT DEATH NUCLEAR HOLOCAUST" and "BEHEAD THE WEST FELLAS WILL BE EXTERMINATED," a photograph of an RV used in a bombing in Nashville, a photograph of an individual who parked a truck outside the Library of Congress and informed officers that he had a bomb,[6] as well as others containing a racial slur and photographs of North Korea's leader Kim Jong Un. Some of these screenshots are below:



---

[5] "Stickers" are memes, gifs, or photos that the social media application enables people to send.

[6] Several of these messages also contained a "glowing" effect, which is used in extremist circles to indicate that an account is operated by law enforcement.





These messages are similar in style to messages previously sent by the Defendant to an FBI case agent. *See* Supplemental Motion for Detention, Dkt. No. 13, pp. 7-8. Based on the fact

(1) that the Defendant was the only person with sufficient knowledge to be able to email the OCE accounts, (2) that the messages bore marked similarities to the messages which the Defendant sent to another FBI agent, (3) that the screen name referenced "autism" and the Defendant referenced having autism in his June 2023 communications to the FBI, and (4) that the two OCE accounts had received no other messages since the Defendant's arrest, it is abundantly clear that the messages were sent by the Defendant.

Subsequently, on or about August 24-25, 2023, the Defendant also sent additional communications to the OCE. These communications included the following messages:

> Don't do this
> Work with the school or something
> Setup a plan
>
> Y'all got nothing better to do
> Pathetic the reason why our country is going to shit

He also sent numerous additional messages of a similar nature to the messages sent on August 22, 2023, including more pictures of North Korean leaders, a mug shot of Donald Trump, numerous videos, and a meme of an FBI agent encouraging someone to commit terrorism:



Once again, the communications appear to have come from the Defendant – he was the only individual who had the knowledge to be able to message these accounts, the messages came from

the same account as the earlier communications, and the reference to a "school" and to the FBI strongly suggest that they came from the Defendant.

The Defendant has thus violated two conditions of release: (1) that he not access the internet, and (2) that he not contact law enforcement.

This is not the first time that the Defendant violated his conditions of release. Shortly after his arrest in June, the Defendant was placed in an in-patient mental health treatment facility, from which he fled shortly thereafter. At that time, he ran to a nearby residence, attempted to force his way into the house, and offered to pay for a ride to Wakefield, Massachusetts. In addition, while at that in-patient mental health facility, the Defendant also used the internet to send messages to the FBI National Threat Operations Center.

The Court has provided the Defendant with ample opportunity to obtain mental health treatment while complying with his conditions of release, but the mental health treatment does not seem to be working. Once again, the Defendant has shown himself to be wholly incapable of complying with the Court's conditions – and the Court should not expect that the Defendant will comply in the future. The Bureau of Prisons, meanwhile, is more than capable of providing the Defendant with mental health treatment, and far more capable of ensuring that the defendant does not access the internet and contact the FBI.

Because there is clear and convincing evidence that the Defendant has violated two separate conditions of release, and the Defendant has repeatedly shown that he *will not* abide by the Court's conditions,[7] the government hereby moves (1) that the Defendant's conditions of release be revoked, (2) that the court issue the arrest warrant held in abeyance, thereby enabling

---

[7] The government also maintains that there is no condition or combination of conditions of release that will assure that the Defendant will not flee, or pose a danger to the safety of any other person or the community, as described in the government's Supplemental Motion for Detention, Dkt. No. 13.

law enforcement to take the Defendant into custody, and (3) that the Defendant then be remanded to the custody of the U.S. Marshals.

                                     Respectfully submitted,

                                     JOSHUA S. LEVY
                                     Acting United States Attorney

                      By:    */s/ Timothy H. Kistner*
                            Timothy H. Kistner
                            Laura J. Kaplan
                            Assistant U.S. Attorneys

Date: August 25, 2023